TOUSSAINT POTHIER
v.
HENRY BERTHELET

1807

JOURNAL ENTRIES

1. Special bail . . . . . . . . . . *Journal, infra,* *p. 80
2. Judgment . . . . . . . . . . . . . " 93

PAPERS IN S. C. FILE

1. Writ of habeas corpus and return . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .
3. Protest of bill of exchange . . . . . . . . . .
4. Protest of bill of exchange . . . . . . . . . .
5. Fieri facias . . . . . . . . . . . . . . .

PAPERS IN D. C. FILE

[None]

IN THE MATTER OF TOTAGANEE, AN INDIAN
ACCUSED OF MURDER

1807

JOURNAL ENTRIES

1. Habeas corpus ordered . . . . . . . *Journal, infra,* *p. 80
2. Evidence heard; decision . . . . . . . . . " 82

PAPERS IN FILE

1. Writ of habeas corpus and return . . . . . . *Printed in Vol. 2*